

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00156-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8935
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's February 11, 2022 Order on Motion for Post Conviction DNA Testing is AFFIRMED.

SIGNED March 13, 2024.

_____
Beth Watkins, Justice